IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTHONY RENARD PRUITT                                                                    PETITIONER
Reg. #12045-002

V.                                         NO.  2:10cv00052 JLH-JWC

T.C. OUTLAW, Warden,                                                                    RESPONDENT
FCI, Forrest City, AR

### ORDER

Petitioner, a federal prisoner proceeding pro se, brings this 28 U.S.C. § 2241 petition for writ of habeas corpus (doc. 2) and has paid the $5.00 statutory filing fee in full (doc. 6).  The Clerk of the Court is directed to serve, by regular mail, a copy of the petition (doc. 2) and this order on Respondent and the United States Attorney.  Respondent is directed to file an answer, motion, or other responsive pleading within twenty-one (21) days of service of the petition, exclusive of the day of service.  *See* Rules 4 & 5, Rules Governing § 2254 Cases in United States District Courts; Rule 1 (permitting district courts to apply § 2254 rules in other habeas actions).

IT IS SO ORDERED this 10th day of May, 2010.


_____
UNITED STATES MAGISTRATE JUDGE