IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTHONY RENARD PRUITT                                                        PETITIONER
Reg. #12045-002

V.                            NO.  2:10cv00052 JLH-JWC

T.C. OUTLAW, Warden,                                                         RESPONDENT
FCI, Forrest City, AR

## ORDER

Respondent has filed a response (doc. 9) to this 28 U.S.C. § 2241 petition for writ of habeas corpus.  If Petitioner desires to file a reply, he is directed to do so on or before July 2, 2010.

IT IS SO ORDERED this 3rd day of June, 2010.


_____
UNITED STATES MAGISTRATE JUDGE