IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTHONY RENARD PRUITT                                                     PETITIONER
Reg. #12045-002

V.                               NO.  2:10cv00052 JLH

T.C. OUTLAW, Warden,                                                      RESPONDENT
FCI, Forrest City, AR

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered denying this 28 U.S.C. § 2241 petition for writ of habeas corpus and dismissing this action in its entirety, with prejudice.

IT IS SO ORDERED this 3rd day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE